EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Receso administrativo del Programa de Educación Jurídica Continua del 23 de diciembre de 2021 al 7 de enero de 2022, y extensión de los términos | 2021 TSPR 155 <br><br> 208 DPR _____ |

Número del Caso:  EM-2021-03

Fecha:  16 de diciembre de 2021

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Receso administrativo del Programa de Educación Jurídica Continua del 23 de diciembre de 2021 al 7 de enero de 2022, y extensión de los términos

EM-2021-03

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de diciembre de 2021.

Con el beneficio de la recomendación de la Directora Ejecutiva del Programa de Educación Jurídica Continua (Programa), Lcda. María Cecilia Molinelli González, la Jueza Presidenta Oronoz Rodríguez autorizó un receso administrativo del Programa como medida de sana administración y control de gastos. El receso comprenderá desde el jueves 23 de diciembre de 2021, hasta el viernes 7 de enero de 2022. Las labores se reanudarán el lunes 10 de enero de 2022. Los términos dispuestos en el Reglamento del Programa de Educación Jurídica Continua que venzan durante el receso administrativo se extenderán hasta el viernes 28 de enero de 2022. Esta extensión de términos no aplica al periodo de cumplimiento de tres años que venza entre estas fechas, según dispuesto en la Regla 29 del Reglamento del Programa.

Se ordena la difusión pública de esta Resolución.

Notifíquese esta Resolución al Programa de Educación Jurídica Continua y a la Oficina de Prensa para su oportuna difusión.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo no intervino.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo